IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **EVELIA VERA,** *Plaintiff,* | § § § | |
| | § | CIVIL ACTION NO. 1:23-cv-01462 |
| VS. | § § | JURY TRIAL REQUESTED |
| **SAM'S CLUB, LLC,** *Defendant.* | § § § | |

## NOTICE OF REMOVAL

Defendant **SAM'S CLUB, LLC.** (hereinafter "Defendant"), files this Notice of Removal of the above-styled action pursuant to 28 U.S.C. § 1446(a) and would respectfully represent and show unto this Court the following:

### A. Introduction

1. Defendant has filed its Civil Cover Sheets pursuant to Local Rule 3.1 and Local Rule 81.1. *See* **Exhibit A.**

2. On or about October 31, 2023, Plaintiff **EVELIA VERA** ("Plaintiff") initiated the state court lawsuit against Defendant in the 345th Judicial District Court of Travis County, styled *Evelia Vera v. Sam's Club, LLC*; Cause No. D-1-GN-23-008006 (the "State Court Action"). In the State Court Action, Plaintiff alleged a cause of action for premises liability against Defendant. In addition, Plaintiff seeks to recover damages for reasonable medical care and expenses in the past; reasonable and necessary medical care and expenses in the future; physical pain and suffering in the past; physical pain and suffering in the future; physical impairment sustained in the past; physical impairment sustained in the future; loss of earnings in the past; loss of earning capacity in the future; mental anguish in the past; and mental anguish in the future. *See Plaintiff's Original Petition*, attached hereto as **Exhibit B.**

3.  The attorneys involved in the action being removed are listed as follows:

| **Party and Party Type** | **Attorney(s)** |
| --- | --- |
| Plaintiff – Evelia Vera | Abraham Garcia<br>Texas Bar No. 24078005<br>KGS LAW GROUP<br>150 W. Parker Road, Suite 705-B<br>Houston, TX 77076<br>Phone: 281-962-7772<br>Fax: 281-962-7773<br>Eservice: service@kgslawpllc.com |
| Defendant – Sam's Club, LLC | Brett H. Payne<br>Texas Bar No. 00791417<br>WALTERS, BALIDO & CRAIN, L.L.P.<br>9020 N. Capital of Texas Highway<br>Building I, Suite 170<br>Austin, Texas 78759<br>Phone: 512-472-9000<br>Fax: 512-472-9002<br>Email: paynevfax@wbclawfirm.com |

4.  The name and address of the court from which the case is being removed is as follows:

> 345th Judicial District Court
> The Honorable Jan Soifer
> Travis County Courthouse
> 1700 Guadalupe, 10th Floor
> Austin, Texas 78701
> Phone: (512) 854-9374
> Fax: (512) 854-4540

### B. The Notice Of Removal Is Timely

5.  Defendant's agent was served with citation and a copy of Plaintiff's Original Petition on or about November 2, 2023. *See* **Exhibit C.** Pursuant to 28 U.S.C. § 1446(b), Defendant's Notice of Removal was filed within thirty (30) days after receipt by Defendant, through service or otherwise, of a copy of an initial pleading from which it may first be ascertained that the case is one which is or has become removable.

### C. Complete Diversity & Amount In Controversy Is Over the Threshold

6. Pursuant to the State Court Action, at the time of the filing of this Petition, Plaintiff Evelia Vera was, and is still, a citizen and resident of Travis County, Texas.

7. Defendant Sam's Club, LLC is now, and was at all times relevant hereto, an incorporated entity under the laws of the State of Arkansas with its principal place of business in Bentonville, Arkansas. Defendant's corporate headquarters, including officers and directors, is located at 702 S.W. 8th Street, Bentonville, Arkansas 72716-8312.

8. Accordingly, for diversity purposes, Sam's Club, LLC is a citizen of Arkansas. *MidCap Media Fin., L.L.C.*, 929 F.3d at 314.

9. In light of the foregoing, the parties are of completely diverse citizenship. *See* 28 U.S.C. §§ 1332(a), 1332(c)(1) 1441(b).

10. Further, the case involves an amount in controversy of more than $75,000. *See* 28 U.S.C. § 1332(a). A court can determine that removal is proper from a plaintiff's pleadings if plaintiff's claims are those that are likely to exceed the jurisdictional amount. *See Allen v. R&H Oil & Gas., Co*, 63 F.3d 1326, 1335 (5th Cir. 1995); *De Aguilar v. Boeing Co.*, 11 F.3d 55, 57 (5th Cir. 1993). In the State Court Action, Plaintiff alleges she seeks "monetary relief of over $250,000.00 but not more than $1,000,000.00." See **Exhibit B**. Thus, the amount in controversy in the instant case meets the requirements for removal.

15. Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). *See* **Exhibit D**.

### D. Basis for Removal

16. Because this is a civil action of which the District Courts of the United States have original jurisdiction, this case may be removed by this Court pursuant to 28 U.S.C. § 1446(b).

Further, because Plaintiff is a citizen and resident of Texas, Defendant's principal place of business is located in Arkansas, and the amount in controversy exceeds $75,000.00, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. § 1132. As such, this removal action is proper.

### E. Filing of Notice with State Court

17. Promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiff through her attorney of record and to the clerk of the state court action.

### F. Prayer

18. **WHEREFORE, PREMISES CONSIDERED,** Defendant Sam's Club, LLC requests that this Court proceed with the handling of this cause of action as if it had been originally filed herein, that this Court make such orders, if any, and take such action, if any, as may be necessary in connection with the removal of the state court action to this Court, and that it has such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

BY:  /s/ Brett H. Payne
Brett H. Payne
Texas Bar Number 00791417
WALTERS, BALIDO & CRAIN, L.L.P.
Great Hills Corporate Center
9020 N. Capital of Texas Highway
Building I, Suite 170
Austin, Texas 78759
Phone: 512-472-9000
Fax: 512-472-9002
Email: paynevfax@wbclawfirm.com

**ATTORNEY FOR DEFENDANT SAM'S CLUB, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was delivered via electronic service in accordance with the Federal Rules of Civil Procedure, on the 1st day of December 2023 to the following parties or attorneys of record:

Abraham Garcia
KGS LAW GROUP
150 W. Parker Road, Suite 705-B
Houston, TX 77076
Phone: 281-962-7772
Fax: 281-962-7773
Eservice: service@kgslawpllc.com

                                            */s/ Brett H. Payne*
                                            BRETT H. PAYNE